# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL ACTION NO. 14-223** |
| : | |
| **GLENN EDWARDS** : | |

## ORDER

**AND NOW,** this 2nd day of November 2015, upon consideration of Defendant's *pro se* Motion to Dismiss [Doc. No. 65], and request for appointment of new counsel, and after a hearing held this date, it is hereby **ORDERED** that:

1. The Motion to Dismiss is **DISMISSED WITHOUT PREJUDICE**.

2. The request for appointment of new counsel is **GRANTED** and counsel will be appointed by separate Order.

3. Trial is scheduled for **Monday, November 16, 2015 at 10:00 a.m.** in Courtroom 12A, United States Courthouse, 601 Market Street, Philadelphia, PA.

It is so **ORDERED**.

**BY THE COURT:**

/s/Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**