IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> v. <br> **GLENN EDWARDS** | **CRIMINAL ACTION NO. 14-223** <br><br> **CIVIL ACTION NO. 19-896** |

## ORDER

**AND NOW,** this 30th day of March 2022, upon consideration of the pending motions and the responses and supplemental filings and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Defendant's Motion Under § 2255 [Doc. No. 135] will be set for a hearing as to the claims identified in the Memorandum Opinion and is otherwise **DENIED**.

2. Defendant's "Pro Se Omnibus Motion for Judicial Notice, Fed. R. of Evid. 201 and Motion for Expedited Disposition" [Doc. No. 143] is **DENIED** except insofar as Defendant will be granted a hearing on the issues identified in the Memorandum Opinion.

3. The Clerk is directed to **CLOSE** Civil Action No. 19-896 for statistical purposes.

It is so **ORDERED**.

BY THE COURT:

/s/Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**