IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**GLENN EDWARDS** | **CRIMINAL ACTION NO. 14-223**<br><br>**CIVIL ACTION NO. 19-896** |

# ORDER

**AND NOW,** this 27th day of June 2022, Defendant's Motion Under § 2255 [Doc. No. 135] and the responses and supplemental filings, and after a hearing, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Defendant's Motion is **DENIED with prejudice**.

2. The Court finds no basis to issue a certificate of appealability.[1]

It is so **ORDERED**.

BY THE COURT:

/s/Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

---

[1] *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).